**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000727
28-DEC-2011
08:25 AM**

NO. CAAP-11-0000727

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Plaintiff-Appellee,
v.
HARVEY K. KELIIKOA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-11-010942)

ORDER DISMISSING APPEAL PURSUANT TO NON-PAYMENT OF FILING FEES
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on October 5, 2011, Defendant-Appellant Harvey K. Keliikoa (Appellant) filed a notice of appeal; (2) on November 10, 2011, this court denied Appellant's request to proceed in forma pauperis after finding that Appellant failed to demonstrate his inability to pay the filing fee; (3) the November 10, 2011 order directed Appellant to pay the filing fee within ten days or face

dismissal of the appeal; (4) Appellant did not pay the filing fee as directed; (5) on November 29, 2011, the appellate clerk informed Appellant that: (a) he did not pay the filing fee pursuant to the court's order; (b) he must submit the amount of $100.00 by December 9, 2011; and (c) that failure to pay will be brought to the attention of the court for such action as the court deems appropriate, including dismissal of the appeal; and (6) thereafter, Appellant did not pay the filing fee or otherwise respond to the default notice. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 28, 2011.

Chief Judge

Associate Judge

Associate Judge